UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


DONALD L. MORRISON,          )
                                          )
            Plaintiff,       )
                                          )
v.                            )        **JUDGMENT**
                                          )
HARTFORD INSURANCE COMPANY   )       No. 7:10-CV-210-FL
and LEWIS CHESTER & ASSOCIATES,  )
                                          )
            Defendants.   )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendant Lewis Chester & Associates' motion to dismiss, defendant Hartford Insurance Company's motion to dismiss, and plaintiff's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 24, 2011, that defendants' motions to dismiss are GRANTED as to all claims and plaintiff's motion for summary judgment is DENIED AS MOOT. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 27, 2011, and Copies To:**

Donald L. Morrison (via U.S. Mail) P.O. Box 3612, Topsail Beach, NC 28445
Douglas W. Hanna (via CM/ECF Notice of Electronic Filing)
Brian C. Vick (via CM/ECF Notice of Electronic Filing)
Elizabeth D. Scott (via CM/ECF Notice of Electronic Filing)


May 27, 2011                 DENNIS P. IAVARONE, CLERK
                                /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk